UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ROSE M. BROWN,           )
                         )
                         )
                         )
v.                       )     **JUDGMENT**
                         )
                         )     No. 7:06-CV-81-BO
                         )
MICHAEL ASTRUE,          )
Commissioner of Social Security )

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion is GRANTED; Plaintiff's Motion is DENIED and this matter is AFFIRMED.(BOYLE, J)

**This Judgment Filed and Entered on August 7, 2007, and Copies To:**

Vance Edward Jennings
Brent Adams & Associates
P O Box 1389
Dunn, NC 28335

Eileen A. Farmer
Social Security Administration
6401 Security Blvd., Room 646
Altmeyer Bldg.
Baltimore, MD 21235

/s/ Dennis P. Iavarone, Clerk of Court